UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

KWABENA OKOFO BOANSI,           )
                                )
        Plaintiff,              )     No. 2:14-cv-00047-BO
                                )
    v.                          )
                                )
JEH JOHNSON, Secretary, U.S. Department )
of Homeland Security; LEON RODRIGUEZ,   )
Director, U.S. Citizenship and Immigration )
Services; GREGORY A. RICHARDSON,        )
Director, USCIS Texas Service Center;   )
LEANDER HOLSTON, Director, USCIS        )
Charlotte Field Office,                 )
                                        )
        Defendants.                     )

## [PROPOSED] ORDER

Defendants' Motion to file the Certified Administrative Record Under Seal is

GRANTED. ECF Nos. 25-28 and their attachments shall be sealed.

SO ORDERED.

DATE: _1-21-15_          _Terrence Boyle_